Michael T. Hess, Esq. (CA Bar# 244980)
mhess@bourgetlaw.com
Bourget Law
1119 Regis Court, Suite 110
Eau Claire, WI 54701-0081
(715) 835-5232

Michael D. Schwartz, Esq. (Admitted Pro Hac Vice, MN Bar# 98164)
michael@mdspalaw.com
455 Pond Promenade, Suite 210
Chanhassen, MN 55317-8307
(952) 937-5655

Attorneys for Plaintiff, Ryan Matthew Geris

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

_____

| | |
|---|---|
| Ryan Matthew Geris, | Case No. 2:09-cv-539 |
| Plaintiff, | |
| vs. | **PLAINTIFF'S REQUEST FOR ENTRY OF A 90 DAY CONTINUANCE OF THE STATUS CONFERENCE AND ORDER** |
| Patrick Bateman, | |
| Defendant. | |

_____

TO: THE CLERK OF THE ABOVE ENTITLED COURT:

Plaintiff, Ryan Matthew Geris, hereby requests that the Clerk of the above-entitled Court enter a ninety (90) day continuance of the Status Conference, currently scheduled for September 21, 2009. Plaintiff served the Complaint on defendant, Patrick Bateman, on March 7, 2009, evidenced by the proof of service of summons on file with this Court. See Docket No. 8. Plaintiff filed a Request for Entry of Default on May 26, 2009. See Docket

1

Request for Entry of a 90 Day Continuance of the Status Conference and Proposed Order

PDF created with pdfFactory trial version www.pdffactory.com

1  No. 15.  Clerk's Entry of Default as to defendant, Patrick Bateman, was entered on May

2  26, 2009.  See Docket No. 17.

3       Plaintiff intends to file an Amended Notice of Motion and Amended Motion for

4  Default Judgment.  Plaintiff has requested and has diligently sought certified medical

5  records from his treating physicians in order to provide documented evidence supporting

6  the claims and damages as asserted in the Complaint (see Docket No. 1) for which he will

7  request Default Judgment.  Plaintiff anticipates he will receive the requested documentation

8  and be able to file a Notice of Motion and Motion for Default Judgment within ninety (90)

9  days from September 21, 2009.  Plaintiff will also address the other deficiencies in

10 Plaintiff's Notice of Motion and Motion for Default Judgment, noted by the Court in its

11 Order denying Default Judgment, (see Docket No. 21), upon receipt of the certified

12 medical records from Plaintiff's treating physicians.

13      The above stated facts are set forth in the accompanying declaration of Michael T.

14 Hess, filed herewith.

15 Respectfully Submitted,

16
17
18  /s/Michael T. Hess, Esquire                    Dated: September 1, 2009
19 Michael T. Hess, Esq.
20
21 Attorney for Plaintiff
22
23 MICHAEL T. HESS (CA # 244980)
24 BOURGET LAW
25 1119 Regis Ct. Ste. 110
26 P.O. Box 81
27 Eau Claire, WI 54702-0081
28 (715) 835-5232
29
30
31

2
Request for Entry of a 90 Day Continuance of the Status Conference and Proposed Order

**ORDER**

The status conference currently set for September 21, 2009 is continued to January 19, 2010 at 10:30 a.m. The parties are directed to file their status reports ten (10) days prior to the status conference.

IT IS SO ORDERED.

Dated: September 3, 2009.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Request for Entry of a 90 Day Continuance of the Status Conference and Proposed Order

PDF created with pdfFactory trial version www.pdffactory.com