IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RYAN GERIS,

        Plaintiff,                  No. CIV S-09-539 LKK KJM

    vs.

PATRICK BATEMAN,

        Defendant.            ORDER

_____/

        Plaintiff has noticed for hearing on January 27, 2010 a motion to amend the proof of service. Good cause appearing, IT IS HEREBY ORDERED that:

        1. The motion to amend the proof of service (docket no. 25) is granted; and

        2. The January 27, 2010 hearing date is vacated.

DATED: January 15, 2010.

_____
U.S. MAGISTRATE JUDGE

006
geris.pos

1